# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY RAY MILLER**                                                                                   **PLAINTIFF**
**#118266**


**v.**                                          **Case No. 4:24-cv-00366-KGB**


**TURNKEY HEALTH,**
**Medical, PCRDF**                                                                                      **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5).  No party has filed objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court dismisses without prejudice plaintiff Anthony Ray Miller's complaint and amended complaint for failure to state a claim on which relief may be granted (Dkt. Nos. 2; 4).  *See* Fed. R. Civ. P. 12(b)(6).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.  The Court recommends that, in the future, the dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this the 16th day of June, 2026.


_____
Kristine G. Baker
Chief United States District Judge